# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| (1) Han A. LEE, a/k/a "Hana Lee;" | ) | 23-mj-4605-DHH |
| (2) James LEE; and | ) | |
| (3) Junmyung LEE | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2020-Present__ in the county of __Middlesex and elsewhere__ in the
_____ District of __Mass., VA & elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 2422 | Conspiracy to persuade, induce, entice, and coerce one or more individuals to travel in interstate or foreign commerce to engage in prostitution |

This criminal complaint is based on these facts:

See attached affidavit of DHS HSI Special Agent Zachary A. Mitlitsky

☑ Continued on the attached sheet.

*Complainant's signature*

Zachary A. Mitlitsky, DHS HSI Special Agent
*Printed name and title*

Attested to by telephone in accordance with Fed. R. Crim. P. 4.1.

Date: **Nov 6, 2023**

*Judge's signature*

City and state: Worcester, Massachusetts    Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*