THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v. )<br>)<br>(1) HAN LEE, a/k/a "Hana", )<br>(3) JUNMYUNG LEE )<br>  Defendants. ) | Criminal No. 23-MJ-4605-DHH |

GOVERNMENT'S MOTION IN SUPPORT OF DETENTION

  The United States Attorney hereby respectfully moves the Court to detain the defendants in the above-captioned matter pending trial because the defendants pose a risk of flight pursuant to 18 U.S.C. § 3142(f)(2)(A). In support of the government's motions for detention, the government relies upon the reasons detailed in the attached Affidavit of Special Agent Zachary Mitlitsky of the Department of Homeland Security Investigations and additional arguments to be made and evidence to be presented at the detention hearings.

                 Respectfully submitted,

                 JOSHUA S. LEVY
                 Acting United States Attorney

            By: */s/ Lindsey Weinstein*
               Lindsey Weinstein

               Assistant U.S. Attorney

               Date:  November 22, 2023